# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  5:26-MJ-1437-JG |
| ERIC CONSTANTINE BYRD | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A PRELIMINARY AND DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Terry Sanford Federal Building and Courthouse 310 New Bern Avenue Raleigh, NC | Courtroom No.:  6th |
|---|---|
| | Date and Time:  03/31/2026 9:00 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

_Judge's signature_

Date:        03/26/2026

Brian S. Meyers, United States Magistrate Judge
*Printed name and title*