AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Eric Constantine Byrd | ) | Case No.    5:26-MJ-1437-JG |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **Eric Constantine Byrd** _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c) - Transmission of a threat in interstate commerce to injure the person of another

Date: 19 MARCH 2026

_____
*Issuing officer's signature*

City and state:     Raleigh, North Carolina

James E. Gates, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/19/2026 , and the person was arrested on *(date)* 03/23/2026
at *(city and state)* Wilson, NC .

Date: 03/23/2026

_____
*Arresting officer's signature*

Garrett L. Igo / Special Agent
*Printed name and title*